UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

February 22, 2008

Clerk, U. S. District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL   33128

RE:   <u>USA v. Rex Alan Morden</u>

   Your Case No: CR07-80181
   Our Case No: 2:07-MJ-00834-GWF

Dear Clerk:

Enclosed please find certification of the complete file as of February 22, 2008 , in the above referenced case.

   <u>  X  </u>   Original Bond papers enclosed

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


   <u>   /s/ Karen Richardson         </u>
Magistrate Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this ___ day of _____, 2008.**

   **By:**<u>                                    </u>